**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7224**

JAMES C. MCNEILL,

Plaintiff - Appellant,

v.

RENE SMITH-HARRIS; BIANCA PIRTLE; CHARLOTTE WILLIAMS; ERIK HOOKS; ELDRIDGE WALKER; JOHNNY HAWKINS; THOMAS MCCURDY; KENNETH LITTLE; BILLY O. COOPER; SGT. DAVID GILLIS; SGT. J. CURTIS JONES; CHICQUITA A. LUCAS; SGT. WILSON,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-ct-03010-D)

Submitted:  December 17, 2019                    Decided:  December 20, 2019

Before KING, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James C. McNeill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James C. McNeill appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McNeill v. Smith-Harris*, No. 5:19-ct-03010-D (E.D.N.C. Aug. 19, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court dismissed the complaint in part for failure to state a claim and in part without prejudice as to McNeill's ability to assert in a habeas corpus petition his claims of due process violations in connection with disciplinary proceedings.